1 | Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
2 | 12 South First Street, Suite 1014
San Jose, California 95113-2418
3 | Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
4 | Email Address: fred.schwinn@sjconsumerlaw.com

5 | Attorney for Plaintiff
MARGARET ISABEL LUIS
6

**Filed**

FEB 1 0 2013

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

*Fee paid*
*SF*
(99)

7

8 | **IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
9 | **SAN JOSE DIVISION**

**CV13- 0701 PSG**

10 | MARGARET ISABEL LUIS,

Case No.

11 |                         Plaintiff,

**COMPLAINT**

12 | v.

**DEMAND FOR JURY TRIAL**

13 | PALISADES COLLECTION, LLC, a
Delaware limited liability company,
14 |

15 University Code § 1692 *et seq.*
California Civil Code § 1788 *et seq.*

15 |                         Defendant.

16 |     Plaintiff, MARGARET ISABEL LUIS (hereinafter "Plaintiff"), based on information and belief

17 | and investigation of counsel, except for those allegations which pertain to the named Plaintiff or her

18 | attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

19 |

20 |                         **I. INTRODUCTION**

21 |     1.    This is an action for statutory damages, attorney fees and costs brought by an

22 | individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. §

23 | 1692, *et seq.* (hereinafter "FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California

24 | Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in

25 | abusive, deceptive and unfair practices.

26 |     2.    According to 15 U.S.C. § 1692:

27 |

28 |         a.    There is abundant evidence of the use of abusive, deceptive, and unfair debt

collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to marital instability, to the loss of jobs, and to invasions of individual privacy.

      b.    Existing laws and procedures for redressing these injuries are inadequate to protect consumers.

      c.    Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

      d.    Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

      e.    It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

3.    The California Legislature has found that:

> The banking and credit system and grantors of credit to consumers are dependent upon the collection of just and owing debts. Unfair or deceptive collection practices undermine the public confidence which is essential to the continued functioning of the banking and credit system and sound extensions of credit to consumers.[1]

## II. JURISDICTION

4.    Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1331, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

---

[1] Cal. Civil Code § 1788.1(a)(1).

5.    This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### III.  VENUE

6.    Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV.  INTRADISTRICT ASSIGNMENT

7.    This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

### V.  PARTIES

8.    Plaintiff, MARGARET ISABEL LUIS (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California.  Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h) and a "disabled person" within the meaning of Cal. Civil Code § 1761(g).

9.    Defendant, PALISADES COLLECTION, LLC (hereinafter "PALISADES"), is a Delaware limited liability company engaged in the business of collecting debts in this state with its principal place of business located at:  210 Sylvan Avenue, Englewood Cliffs, New Jersey  07632. PALISADES may be served as follows: Palisades Collection, LLC, c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware  19801.  The principal business of PALISADES is the collection of debts using the mails and telephone, and PALISADES regularly attempts to collect

debts alleged to be originally due another.  PALISADES is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

## VI.  FACTUAL ALLEGATIONS

10.     On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation, namely a consumer credit account issued by First USA Bank, N.A., and bearing the account number 4366-1330-6686-8059 (hereinafter "the alleged debt").  The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

11.     Plaintiff is informed and believes, and thereon alleges that sometime thereafter, on a date unknown to Plaintiff, the alleged debt was sold, assigned, or otherwise transferred to PALISADES for collection from Plaintiff.

12.     Thereafter, Defendant sent a collection letter to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

13.     A true and accurate copy of the collection letter is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

14.     The collection letter (Exhibit "1") is dated April 25, 2008.

15.     The collection letter (Exhibit "1") was the first written communication from Defendants to Plaintiff in connection with the collection of the alleged debt.

16.     Thereafter, on or about May 2, 2008, Plaintiff mailed a letter to Defendant which stated:

> With this letter I hereby request that you CEASE and DESIST any and all efforts to collect on the above referenced account.  I have attached a copy of your most recent correspondence for your reference.  I will only deal with the original creditor on this account.

> You are hereby instructed to cease all collection efforts immediately or face legal sanctions under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c) and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.
>
> Until advised otherwise, you should mark this account as "disputed," pursuant to 15 U.S.C. § 1692e(8).
>
> Finally, please be advised that I am disabled and any further collection communications will cause me undue stress and anxiety.  See Cal Civil Code § 3345.
>
> PLEASE MARK YOUR FILES ACCORDINGLY.

17.   A true and accurate copy of Plaintiff's cease and desist letter is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

18.   Defendants received Plaintiff's cease and desist letter (Exhibit "2") on or about May 12, 2008.

19.   A true and accurate copy of the Certified Mail Return Receipt evidencing Defendant's receipt of Plaintiff's cease and desist letter (Exhibit "2") is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

20.   Thereafter, Defendant knew or should have known that its conduct was directed towards a disabled person.

21.   After receiving Plaintiff's cease and desist letter (Exhibit "2"), Defendant sent a letter to Plaintiff on or about May 15, 2008, acknowledging receipt of Plaintiff's cease and desist letter.

22.   A true and accurate copy of Defendant's acknowledgment letter is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

23.   Plaintiff is informed and believes, and thereon alleges that sometime thereafter on a date unknown to Plaintiff, Defendant consigned, placed, or otherwise assigned the alleged debt to First National Collection Bureau, Inc., for collection from Plaintiff.

24.   Thereafter, on or about February 16, 2012, at Defendant's request, First National Collection Bureau, Inc., sent a collection letter to Plaintiff, which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

25.   A true and accurate copy of First National Collection Bureau, Inc.'s, collection letter is attached hereto, marked Exhibit "5," and by this reference is incorporated herein.

26.   Thereafter, on or about March 1, 2012, Plaintiff mailed a second cease and desist letter to First National Collection Bureau, Inc., which stated:

> With this letter I hereby request that you CEASE and DESIST any and all efforts to collect on the above referenced account. I have attached a copy of your most recent correspondence for your reference. I will only deal with the original creditor on this account.

> You are hereby instructed to cease all collection efforts immediately or face legal sanctions under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c) and/or the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.

> Until advised otherwise, you should mark this account as "disputed," pursuant to 15 U.S.C. § 1692e(8).

> Finally, please be advised that I am disabled and any further collection communications will cause me undue stress and anxiety. See Cal Civil Code § 3345.

> PLEASE MARK YOUR FILES ACCORDINGLY.

27.   A true and accurate copy of Plaintiff's second cease and desist letter to First National Collection Bureau, Inc., is attached hereto, marked Exhibit "6," and by this reference is incorporated herein.

28.   First National Collection Bureau, Inc., received Plaintiff's second cease and desist letter (Exhibit "6") on or about March 5, 2012.

29.   A true and accurate copy of the Certified Mail Return Receipt and USPS Tracking Report evidencing First National Collection Bureau, Inc.'s, receipt of Plaintiff's second cease and desist

letter (Exhibit "6") is attached hereto, marked Exhibit "7," and by this reference is incorporated herein.

30.     After receiving Plaintiff's second cease and desist letter (Exhibit "6"), Defendant sent a second acknowledgment letter to Plaintiff on or about March 13, 2012, acknowledging receipt of Plaintiff's second cease and desist letter.

31.     A true and accurate copy of Defendant's second acknowledgment letter is attached hereto, marked Exhibit "8," and by this reference is incorporated herein.

32.     As a disabled person subjected to Defendant's abusive, deceptive and unfair collection practices, Plaintiff is entitled to treble damages pursuant to Cal. Civil Code § 3345.

## VII.  CLAIMS

### FAIR DEBT COLLECTION PRACTICES ACT

33.     Plaintiff brings the first claim for relief against Defendant under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.*

34.     Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

35.     Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

36.     Defendant, PALISADES, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

37.     The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

38.     Defendant has violated the FDCPA.  The violations include, but are not limited to, the following:

      a.     Defendant continued to communicate directly with Plaintiff in an attempt to

collect the alleged debt, after receiving written notification from Plaintiff requesting that Defendant cease and desist further collection communications, in violation of 15 U.S.C. § 1692c(c); and

> b.   Defendant continued its collection efforts against Plaintiff after receiving a written notification within the thirty-day validation period from Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the alleged debt and mailing a copy of such verification to the Plaintiff, in violation of 15 U.S.C. § 1692g(b).

39.   Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

40.   As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C. § 1692k.

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

41.   Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

42.   Plaintiff repeats, realleges, and incorporates by reference all preceding paragraphs as though fully set forth herein.

43.   Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

44.   Defendant, PALISADES, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

45.   The financial obligation alleged to be owed by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

46.   Defendant has violated the RFDCPA.  The violations include, but are not limited

to, the following:

        a.    Defendant continued to communicate directly with Plaintiff in an attempt to collect the alleged debt, after receiving written notification from Plaintiff requesting that Defendant cease and desist further collection communications, in violation of Cal. Civil Code § 1788.17;[2] and

        b.    Defendant continued its collection efforts against Plaintiff after receiving a written notification within the thirty-day validation period from Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the alleged debt and mailing a copy of such verification to the Plaintiff, in violation of Cal. Civil Code § 1788.17.[3]

    47.    Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code § 1788.30(b).

    48.    As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

    49.    As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages in an amount not to exceed one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.17.[4]

    50.    As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of reasonable attorney's fees and costs pursuant to Cal. Civil Code §§ 1788.30(c) and 1788.17.[5]

    51.    Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA

---

[2]  15 U.S.C. § 1692c(c).
[3]  15 U.S.C. § 1692g(b).
[4]  15 U.S.C.§ 1692k(a)(2)(A).
[5]  15 U.S.C.§ 1692k(a)(3).

are intended to be cumulative and in addition to any other procedures, rights or remedies that the Plaintiff may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

        a.    Assume jurisdiction in this proceeding;

        b.    Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(c) and 1692g(b);

        c.    Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

        d.    Award Plaintiff statutory damages in an amount not to exceed $1,000, pursuant to 15 U.S.C. § 1692k(a)(2)(A);

        e.    Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000, pursuant to Cal. Civil Code § 1788.30(b);

        f.    Award Plaintiff statutory damages in an amount not to exceed $1,000, pursuant to Cal. Civil Code § 1788.17;[6]

        g.    Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C. § 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c);

        h.    Award Plaintiff treble damages pursuant to Cal. Civil Code § 3345; and

        i.    Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
      Fred W. Schwinn, Esq.
      Attorney for Plaintiff
      MARGARET ISABEL LUIS

---

[6] 15 U.S.C. § 1692k(a)(2)(A).

1

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

2

3

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named

parties, there is no such interest to report.

4

5

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

6

7

## DEMAND FOR JURY TRIAL

8

PLEASE TAKE NOTICE that Plaintiff, MARGARET ISABEL LUIS, hereby demands a trial

9

by jury of all triable issues of fact in the above-captioned case.

10

11

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**PALISAL  COLLECTION, L.L.C.**
Office hours : M-F 8am-8pm
800-414-8319    201-308-9370 (Fax)

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10  L-005 A-19265695
#192656958# P0I2MN00208588 I08819
LUIS,MARGARET I
399 EAST CT APT 232
SAN JOSE CA 95116-3908

PALISADES COLLECTION, LLC
PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

| April 25, 2008 | Previous Creditor: CHASE | Account Number : 4366133066868059 | Debtor Id : 19265695 |
|---|---|---|---|

✂  Detach Upper Portion And Return With Payment  ✂

| | |
|---|---|
| Debtor Id: | 19265695 |
| Original Creditor: | FIRST USA |
| Previous Creditor: | CHASE |
| Current Creditor: | Palisades Collection LLC |
| Account Number: | 4366133066868059 |
| **Current Balance:** | $3,183.21 |

**EXHIBIT**

/

See Reverse Side for our Privacy Notice

Dear LUIS,MARGARET I,

Please be advised that your account has been sold to Palisades Collection, L.L.C..

You are directed to address all future correspondence and payments concerning this account to this address:

Palisades Collection, L.L.C.
PO Box 1244
Englewood Cliffs, NJ 07632

When permitted by law, we may report information about your account to credit bureaus. Consequently, late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you have any questions regarding this letter, please contact us at the toll free telephone number provided.

Very Truly Yours,
Collection Department
800-414-8319

This is an attempt to collect a debt, and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you notify this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  All dispute correspondence should be mailed to: 87 S Commerce Way suite 700, Bethlehem PA 18017.

If you have recently filed a bankruptcy proceeding, please be aware that this letter is for informational purposes only.  Please forward a copy of this letter to your counsel and/or the trustee, as appropriate, and refer them to a Palisades Collection, L.L.C. customer service representative at 800-414-8319.

**CALIFORNIA RESIDENTS:**
"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

### Palisades Collection Privacy Notice

This Privacy Notice is being given on behalf of Palisades Collection, L.L.C. and its related companies/entities, including Asta Commercial, L.L.C., Asta Funding Acquisition I, L.L.C., Asta Funding Acquisition II, L.L.C., Asta Funding Acquisition IV, L.L.C., Asta Funding, Inc., Asta Funding.com, L.L.C., Cliffs Portfolio Acquisition I, L.L.C., Computer Finance, L.L.C., Option Card, L.L.C., Palisades Acquisition I, L.L.C., Palisades Acquisition II, L.L.C., Palisades Acquisition IV, L.L.C., Palisades Acquisition IX, L.L.C., Palisades Acquisition V, L.L.C., Palisades Acquisition VI, L.L.C., Palisades Acquisition VII, L.L.C., Palisades Acquisition VIII, L.L.C., Palisades Acquisition X, L.L.C., Palisades Acquisition XI, L.L.C., Palisades Acquisition XII, L.L.C., Palisades Acquisition XIII, L.L.C., Palisades Acquisition XIV, L.L.C., Palisades Acquisition XV, L.L.C., Palisades Acquisition XVI, L.L.C., Palisades Collection, L.L.C., Sylvan Acquisition I, L.L.C., Vativ Recovery, L.L.C. (collectively and individually, as appropriate, "Palisades Collection", "we" or "us"). The Privacy Notice provides important information to help you understand how we may collect and share nonpublic personal information about you when permitted by law.

This Privacy Notice covers nonpublic personal information about both current and former account debtors ("customers") who have a relationship with Palisades Collection.

**Our Security Procedures**

We protect nonpublic personal information that we collect about you by maintaining physical, electronic, and procedural safeguards that comply with federal regulations to guard your nonpublic personal information. We restrict access to nonpublic personal information about you to those employees that we have determined need to know that information in order to service your account.

**Information We May Collect**

We may collect information about you from the following sources:

- Information we receive from you or your account file at the time we purchased your account, such as your name, address, income and other information;

- Information about your transactions with us or others, such as your account balance, payment history and account activity; and

- Information we receive about you from consumer reporting agencies, such as your credit report or other information related to your creditworthiness.

**Information We May Share**

We do not disclose any nonpublic personal information about our customers to anyone, including related and unrelated companies, except as permitted by law.

**Additional Rights and Modifications**

You may have other privacy protections under state laws. We may amend this Privacy Notice at any time, and we will inform you of changes as required by law.

**Special Notice Regarding Collected Information Subject to the Fair Debt Collection Practices Act .**

This Privacy Notice is being sent to you by Palisades Collection in accordance with federal privacy law, and it describes our privacy practices generally. However, please be assured that collected information that is received or used for purposes of collecting a debt subject to the Fair Debt Collection Practices Act is communicated only in accordance with that Act.

PRESORTED
FIRST-CLASS

US POSTAGE $00.34†
APR 23 2008
ZIP 45998
0001 1651956

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10  L-005 A-19265695
#192656958# P0I2MN0208588 I08819
LUIS MARGARETT I
399 EAST CT APT 232
SAN JOSE CA 95116-3908

# CEASE AND DESIST LETTER

PALisaDes Collection, L.L.C.
*Collection Agency's Name*

P.O. BOX 1244
*Collection Agency's Address*

EnglewooD Cliffs, NJ 07632

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

MAY 2, 2008
*Today's Date*

700 7071 0001 0498 8879
*Tracking Number*

Re: Account No. 436613 30 66868059

> **EXHIBIT**
>
> **2**

Dear Sir or Madam:

With this letter I hereby request that you CEASE and DESIST any and all efforts to collect on the above referenced account. I have attached a copy of your most recent correspondence for your reference. I will only deal with the original creditor of this account.

You are hereby instructed to cease all collection efforts immediately or face legal sanctions under the Federal Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(c) and the Rosenthal Fair Debt Collection Practices Act, California Civil Code §1788.17.

Until advised otherwise, you should mark this account as "disputed," pursuant to 15 U.S.C. § 1692e(8).

Finally, please be advised that I am disabled and any further collection communications will cause me undue stress and anxiety. See Cal Civil Code § 3345.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

*Margaret J. Luis*
*Sign your name here*

MARGARET L. LUis
*Print your name here*

399 EAST C.T. APT 232
*Print your address here*

SAN JOSE, CA 95116-3908



**PALISADES COLLECTION, L.L.C.**

Office hours : M-F 8am-8pm
800-414-8319      201-308-9370 (Fax)

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10  L-005 A-19265695
#192656958# P0I2MN00208588 I08819
LUIS,MARGARET I
399 EAST CT APT 232
SAN JOSE CA 95116-3908

PALISADES COLLECTION, LLC
PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

| April 25, 2008 | Previous Creditor: CHASE | Account Number : 4366133066868059 | Debtor Id : 19265695 |
|---|---|---|---|

✂   Detach Upper Portion And Return With Payment   ✂

| | |
|---|---|
| Debtor Id: | 19265695 |
| Original Creditor: | FIRST USA |
| Previous Creditor: | CHASE |
| Current Creditor: | Palisades Collection LLC |
| Account Number: | 4366133066868059 |
| **Current Balance:** | **$3,183.21** |

| See Reverse Side for our Privacy Notice |
|---|

Dear LUIS,MARGARET I,

Please be advised that your account has been sold to Palisades Collection, L.L.C..

You are directed to address all future correspondence and payments concerning this account to this address:

Palisades Collection L.L.C.
PO Box 1244
Englewood Cliffs NJ 07632

When permitted by law, we may report information about your account to credit bureaus. Consequently, late payments, missed payments, or other defaults on your account may be reflected in your credit report.

If you have any questions regarding this letter, please contact us at the toll free telephone number provided.

Very Truly Yours,
Collection Department
800-414-8319

This is an attempt to collect a debt, and any information obtained will be used for that purpose. Unless you notify this office within 30 days after receiving this notice that you dispute the validity of the debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. If you notify this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.  All dispute correspondence should be mailed to: 87 S Commerce Way suite 700, Bethlehem PA 18017.

If you have recently filed a bankruptcy proceeding, please be aware that this letter is for informational purposes only.  Please forward a copy of this letter to your counsel and/or the trustee, as appropriate, and refer them to a Palisades Collection, L.L.C. customer service representative at 800-414-8319.

**CALIFORNIA RESIDENTS:**
"The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov."

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Palisades Collection, LLC
P.O. Box 1244
Englewood Cliffs, N.J.
07632

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_   ☐ Agent   ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
L. RIVERA

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

3. Service Type
☑ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
(Transfer from service label)
7007 0710 0001 0498 8879

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**EXHIBIT**

3

## PALISADES COLLECTION, LLC
## P.O. BOX 1244
## ENGLEWOOD CLIFFS, NJ 07632
### Office Hours: Mon-Fri 8am-8pm
### 800-873-5648 (Tel) 201-308-9370 (Fax)

North Carolina Permit# 3804
North Carolina Permit# 4145
New York City Department of Consumer Affairs License#1223521
New York City Department of Consumer Affairs License#1223513

May 15, 2008
#BWNKBHZ
#00001926569500008#
LUIS,MARGARET I
399 EAST COURT
APARTMENT 232
SAN JOSE, CA 95116-3908

Original Creditor: FIRST USA
Previous Creditor: CHASE
Current Creditor: Palisades Collection, L.L.C.
Account #: 4366133066868059
Debtor #: 19265695

Dear LUIS,MARGARET I:

We are in receipt of your letter relative to the above referenced account
requesting no calls on grounds that you prefer not to deal with collection
agencies and you will only deal with the original creditor.

We have honored your request and have suspended efforts to contact you via
telephone regarding an amicable resolution to this indebtedness.

While this letter is not in breach of your request, it is intended to
notify you of the fact that  we are not a collection agency, but instead
have purchased your account from the original creditor. As we now own this
account, the original creditor can no longer handle this account and assist
you in any way other than directing you to our company.

If you have any questions or concerns, feel free to contact the undersigned.

Very Truly Yours,

Palisades Collection, L.L.C.

This correspondence is from a debt collector attempting to collect
a debt. Any information obtained will be used for this purpose.

If you have recently filed a bankruptcy proceeding, please be aware that
this letter is for informational purposes only. Please forward a copy of
this letter to your counsel and/or the trustee, as appropriate, and refer
them to a Palisades Collection, L.L.C. customer service representative at
8008735648

EXHIBIT
4

P. O. Box 1244
Englewood Cliffs, N.J. 07632

Forwarding Service Requested

May 15, 2008
#BWNKBHZ
#00001926569500008#
LUIS MARGARET I
399 EAST COURT
APARTMENT 232
SAN JOSE, CA 95116-3908

049J82043434
$00.420
05/19/2008
Mailed From 07632
US POSTAGE

neopost™

**First National Collection Bureau, Inc.**
610 Waltham Way • Sparks, NV 89434
(800) 824-6191

February 16, 2012

Dept. # 21377
PO Box 1259
Oaks, PA 19456

ADDRESS SERVICE REQUESTED

Office Hours: Mon. - Fri. 6 a.m. - 6 p.m.,
Sat. 6 a.m. - 12 noon
Pacific Standard Time

**Please remit all correspondence to the above
address**

#BWNJGZF
#2129804778190527#        21298 - 23748
MARGARET I LUIS
399 EAST CT APT 107
SAN JOSE CA  95116-3920

Creditor: PALISADES COLLECTION, LLC.
Original Creditor: CHASE / FIRST USA
Original Account #: 4366133066868059
Ref #: 039970041
Total Due: $3,183.21

SETTLEMENT OFFER
80% IN 6 PAYMENTS

Our client PALISADES COLLECTION, LLC. is offering you a settlement of $2,546.57 in 6 payments over 6 months starting on 03/08/12. (21 days)
Once all six (6) payments of $424.43 have been paid to our office on time, our client will consider this account settled in full. Payments may not be more than 30 days apart or this settlement may be cancelled. Please send in the payments along with the payment stub to the address listed on the coupon.
This settlement offer is only guaranteed if we receive your payments in our office on or before the dates set forth in this letter. If we do not receive payment in these amounts by these dates, we reserve the right to modify the settlement offer, or revoke it in its entirety.
We are not obligated to renew this offer.
If you wish to speak with a representative please call (800) 824-6191.

Sincerely,

First National Collection Bureau, Inc.
(800) 824-6191

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | | |
|---|---|---|
| ☐ VISA **VISA** | ☐ MASTERCARD | |
| CARD NUMBER | EXP. DATE | AMOUNT |
| PRINT NAME AS IT APPEARS ON CARD | | |
| SIGNATURE | MUST INCLUDE ZIP CODE FROM STATEMENT | |

Payment by Credit Cards - Transaction Fees
MasterCard and Visa: $5.00 per $150.00

**EXHIBIT**
**5**

$50 minimum is required for credit card payments.

**Detach Coupons And Mail Payment**

| 1 OF 6 | 2 OF 6 | 3 OF 6 |
|---|---|---|
| Ref #: 039970041 | Ref #: 039970041 | Ref #: 039970041 |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $424.43 | PAYMENT AMT - $424.43 | PAYMENT AMT - $424.43 |
| DUE DATE - 03/08/12 | DUE DATE - 04/07/12 | DUE DATE - 05/07/12 |
| DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |
| 4 OF 6 | 5 OF 6 | 6 OF 6 |
| Ref #: 039970041 | Ref #: 039970041 | Ref #: 039970041 |
| MAIL PAYMENT TO: | MAIL PAYMENT TO: | MAIL PAYMENT TO: |
| FNCB INC. | FNCB INC. | FNCB INC. |
| PO BOX 51660 | PO BOX 51660 | PO BOX 51660 |
| SPARKS, NV 89435 | SPARKS, NV 89435 | SPARKS, NV 89435 |
| PAYMENT AMT - $424.43 | PAYMENT AMT - $424.43 | PAYMENT AMT - $424.43 |
| DUE DATE - 06/06/12 | DUE DATE - 07/06/12 | DUE DATE - 08/05/12 |
| DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT | DETACH COUPONS AND MAIL PAYMENT |

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION



21298-CW6-23748

**FOR CALIFORNIA RESIDENTS**

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8:00 a.m. or after 9:00 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or your spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgement. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.

FIRST-CLASS MAIL
PRESORTED
US POSTAGE
PAID
PSC

Dept. # 21377
PO Box 1259
Oaks. PA 19456

ADDRESS SERVICE REQUESTED

#BVVNJGZF
#212980477819052?#
MARGARET I LUIS
399 EAST CT APT 107
SAN JOSE CA 95116-2920

21298-23748

# CEASE AND DESIST LETTER

*FIRST NATIONAL COllECTION Bureau, INC.*
Collection Agency's Name

*610 WALTHAM WAY*
Collection Agency's Address

*SPARKS, NV 89434*

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

*MAR 1, 2012*
Today's Date

*7011 2000 0001 1295 2630*
Tracking Number

Re: Account No. *4366133066868059*

Dear Sir or Madam:

With this letter I hereby request that you CEASE and DESIST any and all efforts to collect on the above referenced account. I have attached a copy of your most recent correspondence for your reference.

You are hereby instructed to cease all collection efforts immediately or face legal sanctions under the Federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692c(c) and/or the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788.17.

Until advised otherwise, you should mark this account as "disputed," pursuant to 15 U.S.C. §§ 1692e(8), and 1692g(b).

Finally, please be advised that I am disabled and any further collection communications will cause me undue stress and anxiety. See Cal Civil Code § 3345.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

*Margaret J. Luis*
Sign your name here

*MARGARET I. LUI'S*
Print your name here

*399 EAST CT APT 232*
Print your address here

*SAN JOSE, CA 95116-3908*



EXHIBIT
6

U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee                    $2.95
Return Receipt Fee
(Endorsement Required)           $2.35
Restricted Delivery Fee
(Endorsement Required)           $0.00
Total Postage & Fees $         03/01/2012

Sent To
FIRST NATIONAL COLLECTION BUREAU
Street, Apt. No.;
or PO Box No. 610 WALTHAM WAY
City, State, ZIP+4
SPARKS, NV 89434
PS Form 3800, August 2006        See Reverse for Instructions

**First National Collection Bureau, Inc.**
610 Waltham Way • Sparks, NV 89434
(800) 824-6191

Dept. # 21377
PO Box 1259
Oaks. PA 19456

ADDRESS SERVICE REQUESTED

February 16, 2012

Office Hours: Mon. - Fri. 6 a.m. - 6 p.m.,
Sat. 6 a.m. - 12 noon
Pacific Standard Time

**Please remit all correspondence to the above
address**

#BWNJGZF
#2129804778190527#        21298 - 23748
MARGARET I LUIS
399 EAST CT APT 107
SAN JOSE CA  95116-3920

Creditor: PALISADES COLLECTION, LLC.
Original Creditor: CHASE / FIRST USA
Original Account #: 4366133066868059
Ref #: 039970041
Total Due: $3,183.21

SETTLEMENT OFFER
80% IN 6 PAYMENTS

Our client PALISADES COLLECTION, LLC. is offering you a settlement of $2,546.57 in 6 payments over 6 months starting on 03/08/12. (21 days)
Once all six (6) payments of $424.43 have been paid to our office on time, our client will consider this account settled in full. Payments may not be more than 30 days apart or this settlement may be cancelled. Please send in the payments along with the payment stub to the address listed on the coupon.
This settlement offer is only guaranteed if we receive your payments in our office on or before the dates set forth in this letter.  If we do not receive payment in these amounts by these dates, we reserve the right to modify the settlement offer, or revoke it in its entirety.
We are not obligated to renew this offer.
If you wish to speak with a representative please call (800) 824-6191.

Sincerely,

First National Collection Bureau, Inc.
(800) 824-6191

This is an attempt to collect a debt. Any information obtained will be used for that purpose. This is a communication from a debt collector.

| IF PAYING BY VISA OR MASTERCARD, FILL OUT BELOW | |
|---|---|
| ☐ VISA | ☐ MASTERCARD |
| CARD NUMBER | EXP. DATE | AMOUNT |
| PRINT NAME AS IT APPEARS ON CARD | |
| SIGNATURE | MUST INCLUDE ZIP CODE FROM STATEMENT |

$50 minimum is required for credit card payments.

Payment by Credit Cards - Transaction Fees
MasterCard and Visa: $5.00 per $150.00

---

**Detach Coupons And Mail Payment**

1 OF 6
Ref #: 039970041
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV 89435

PAYMENT AMT - $424.43
DUE DATE - 03/08/12
DETACH COUPONS AND MAIL PAYMENT

2 OF 6
Ref #: 039970041
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV 89435

PAYMENT AMT - $424.43
DUE DATE - 04/07/12
DETACH COUPONS AND MAIL PAYMENT

3 OF 6
Ref #: 039970041
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV 89435

PAYMENT AMT - $424.43
DUE DATE - 05/07/12
DETACH COUPONS AND MAIL PAYMENT

4 OF 6
Ref #: 039970041
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV 89435

PAYMENT AMT - $424.43
DUE DATE - 06/06/12
DETACH COUPONS AND MAIL PAYMENT

5 OF 6
Ref #: 039970041
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV 89435

PAYMENT AMT - $424.43
DUE DATE - 07/06/12
DETACH COUPONS AND MAIL PAYMENT

6 OF 6
Ref #: 039970041
MAIL PAYMENT TO:
FNCB INC.
PO BOX 51660
SPARKS, NV 89435

PAYMENT AMT - $424.43
DUE DATE - 08/05/12
DETACH COUPONS AND MAIL PAYMENT

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION



21298-CW6-23748

PAP-100-A-0

USPS.com® - Track & Confirm

https://tools.usps.com/.../TrackConfirmAction?qtc_tLabels1=70112000...

English        Customer Service        USPS Mobile

Register / Sign In

 **USPS.COM**

Search USPS.com or Track Packages

Quick Tools            Ship a Package        Send Mail        Manage Your Mail        Shop        Business Solutions

# Track & Confirm

GET EMAIL UPDATES        PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70112000000112952630 | First-Class Mail® | Delivered | March 05, 2012, 1:17 pm | SPARKS, NV 89434 | Expected Delivery By: March 3, 2012 Certified Mail™ Return Receipt |
| | | Notice Left (No Authorized Recipient Available) | March 03, 2012, 11:17 am | SPARKS, NV 89434 | |
| | | Depart USPS Sort Facility | March 03, 2012 | RENO, NV 89510 | |
| | | Processed at USPS Origin Sort Facility | March 03, 2012, 1:59 am | RENO, NV 89510 | |
| | | Dispatched to Sort Facility | March 01, 2012, 6:26 pm | SAN JOSE, CA 95113 | |
| | | Acceptance | March 01, 2012, 4:57 pm | SAN JOSE, CA 95113 | |

## Check on Another Item

What's your label (or receipt) number?



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

LEGAL
Privacy Pol
Terms of U
FOIA ›
No FEAR A

Copyright©

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

A. Signature
X _____ ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery  3-5-12

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

1. Article Addressed to:

FIRST NATIONAL Collection
BuReau, INC.
610 WAITHAM WAY
SPARKS, NV 89434

3. Service Type
☑ Certified Mail    ☐ Express Mail
☐ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)    7011 2000 0001 1295 2630

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

EXHIBIT
7

**PALISADES COLLECTION, L.L.C.**

PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

Office Hours : M-F 8am-4:30pm
866-230-8094    201-308-9370 (Fax)

CHANGE SERVICE REQUESTED

#BWNKBHZ S-CDASTA10  L-DR2 A-19265695
#192656956#P1XEBY00300171 I00172
LUIS,MARGARET I
399 EAST CT APT 107
SAN JOSE CA 95116-3920

PALISADES COLLECTION, L.L.C.
PO BOX 1244
ENGLEWOOD CLIFFS NJ 07632

March 13, 2012

| Previous Creditor :<br>CHASE | Account Number :<br>4366133066868059 | Debtor Id :<br>19265695 |
| --- | --- | --- |

✂ Detach Upper Portion For Mailing ✂

Dear LUIS,MARGARET I:

We have received you request for verification of this debt. While we validate this debt, we have placed this account in a dispute status and have stopped all collection activity on your account. Meanwhile, the account information that we have file for this account is as follows:

| | |
| --- | --- |
| Original Creditor: | FIRST USA |
| Previous Creditor: | CHASE |
| Current Creditor: | Palisades Collection, L.L.C. |
| Current Balance: | $3,183.21 |
| Account Number: | 4366133066868059 |
| SSN: | XXX-XX-0758 |
| Debtor #: | 19265695 |
| Charge-Off Date: | 6/30/2006 |
| Open Date: | 5/1/1995 |

Please contact us with any questions or corrections.

Very truly yours,

Palisades Collection, L.L.C.

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Bankruptcy Proceedings: We have not been notified that your debt is discharged or is part of a current bankruptcy proceeding. If it is, this letter is for informational purposes only. Please forward a copy of this letter to your counsel and/or trustee, as appropriate, and ask him or her to call 866-230-8094 to provide us with the case number and court where the proceeding was filed so that we can update our records.



EXHIBIT
8

210 Sylvan Avenue    ◆    Englewood Cliffs    ◆    NJ 07632