Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California  95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MARGARET ISABEL LUIS

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| MARGARET ISABEL LUIS,<br><br>　　　　　　　　　　Plaintiff,<br>　　v.<br><br>PALISADES COLLECTION, LLC, a Delaware limited liability company,<br><br>　　　　　　　　　　Defendant. | Case No. 5:13-CV-00701-PSG<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Fed. R. Civ. P. 41(a)(1) |

　　　　COMES NOW the Plaintiff, MARGARET ISABEL LUIS, by and through her attorney Fred W. Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, MARGARET ISABEL LUIS, hereby dismisses, with prejudice, all claims made by her against Defendant, PALISADES COLLECTION, LLC, in her Complaint filed herein on February 19, 2013.  Plaintiff further notifies the Court that her dispute with Defendant has been settled.

Dated:  April 9, 2013 　　　　　　　　　　　　　　　　　/s/ Fred W. Schwinn
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fred W. Schwinn, Esq.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　　MARGARET ISABEL LUIS